

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2020

No. 04-19-00773-CV

Stephen S. **STOKWITZ,**
Appellant

v.

Marcus **TINAJERO,** Charles P. Jones, and Linda Tinajero Jones,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0464-CVA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellant's motion for rehearing is due by December 31, 2020. On December 28, 2020, appellant filed an unopposed motion requesting an extension until January 15, 2021 to file his motion for rehearing. After consideration, we **GRANT** the motion and **ORDER** appellant to file his motion for rehearing by January 15, 2021.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court